IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. PETER TAGUE,<br>    On Behalf Of Himself And All<br>    Others Similarly Situated,<br><br>           Plaintiff,<br><br>          v.<br><br>CORNERCAP, INC.<br><br>          Defendant. | :<br>:<br>:<br>:  C.A. NO.07-3947- RBS<br>:<br>:<br>:<br>:  CLASS ACTION<br>:<br>:<br>: |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff T. Peter Tague ("Tague"), by his undersigned counsel, hereby dismisses the claims asserted against defendant Cornercap, Inc. in the above action. This dismissal is with prejudice as to the individual claims of Tague, and without prejudice as to the claims of the putative class, if any.

Dated: December 5, 2007        /s/ Ann M. Caldwell
                                                Ann M. Caldwell
                                                CALDWELL LAW OFFICE LLC
                                                108 W. Willow Grove Ave.
                                                Suite 300
                                                Philadelphia, PA 19118
                                                (215) 248-2030
                                                (215) 248-2031 (fax)

                                                Counsel for Plaintiff
                                                T. Peter Tague